**Order entered October 24, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01089-CV

**COLEMAN G. AKIN AND CHASE P. CAMPBELL, Appellants**

**V.**

**JERRY C. GILMORE, INDEPENDENT EXECUTOR OF THE ESTATE OF LILLIAN MOORE BRADSHAW, DECEASED, ET AL, Appellees**

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-16-01096-3**

## ORDER

Before the Court is appellants' unopposed motion for stay of appellate proceedings. Appellants state they have settled their dispute with appellees, but "[t]he settlement terms contemplate a formal closing" which "is anticipated to take place within the next 30-60 days." We **GRANT** the motion to the extent we **STAY** the deadline for filing appellant's brief. We **ORDER** the parties to file, no later than December 22, 2017, either a motion to dismiss the appeal or a status report concerning the closing.

/s/     CRAIG STODDART
        JUSTICE